**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| China Burnett Thompson, | Case No. 2:25-cv-00566-ART-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| ProVantage Corporate Solutions, | |
| Defendant. | |

In November of 2025, Plaintiff moved for entry of Clerk's default, and the Clerk entered default. ECF Nos. 8 and 9. Since then, Defendant appeared, answered, and filed a motion to set aside the entry of default. ECF Nos. 11–13. Plaintiff recently filed a non-opposition to the motion to set aside. ECF No. 16. Accordingly, this Court grants the motion as unopposed. *See* Local Rule 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion," except a motion for attorney's fees or summary judgment, "constitutes a consent to the granting of the motion.").

**IT IS ORDERED** that Defendant's motion to set aside the Clerk's entry of default (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's Office is kindly directed to set aside the entry of default at ECF No. 9.

DATED: April 14, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE